**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LENEUOTI FIAFIA TUAUA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Civil Case No. 12-01143 (RJL) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**
June **26**, 2013 [# 9]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Complaint [# 9] is

**GRANTED**; and it is further

**ORDERED** that plaintiffs' complaint is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge